NEIL G. GALATZ, ESQ.
NEVADA BAR NO. 3
NEIL G. GALATZ & ASSOCIATES
428 South Fourth Street
Las Vegas, NV 89101
Telephone:   (702) 386-0000
Facsimile:   (702) 386-0006
E-Mail:      neilgalatz@aol.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH STOCKE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>    vs.<br><br>SHUFFLE MASTER, INC., MARK L. YOSELOFF and RICHARD L. BALDWIN,<br><br>               Defendants | Case No. 07-cv-0715 |
| ROBERT ARMISTEAD, JR., Individually and on Behalf of All Others Similarly Situated<br><br>               Plaintiffs,<br><br>    vs.<br><br>SHUFFLE MASTER, INC., MARK L. YOSELOFF and RICHARD L. BALDWIN,<br><br>               Defendants | Case No. 07-cv-0768 |
| ANDREW J. TEMPEL, Individually and on Behalf of all others Similarly Situated<br><br>               Plaintiffs<br><br>    vs. | Case No. 07-cv-0834 |

SHUFFLE MASTER, INC., MARK L.                    )
YOSELOFF and RICHARD L. BALDWIN,                 )
                                    Defendants   )

---

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF THE NEW MEXICO FUNDS, APPROVING SELECTION OF COUNSEL AND CONSOLIDATING ALL ACTIONS

---

Having considered the Motion for Appointment of the Retirement and Relief System of the City of Birmingham (the "Birmingham Retirement System"), as Lead Plaintiff, Approval of Selection of Lead Counsel and Consolidation of Related Cases, and the Memorandum of Law and Declaration of Neil G. Galatz in support thereof, and good cause appearing therefor:

1.     The Birmingham Retirement System is hereby appointed as Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934;

2.     The laws firm of Cauley Bowman Carney & Williams, LLP is appointed as Lead Counsel and Neil G. Galatz is appointed as Liaison Counsel; and

3.     The actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a).

SO ORDERED.

Dated: August ____, 2007


                                        _____
                                        DISTRICT JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF NEVADA